Eastern District of Kentucky
FILED
SEP 24 2026
AT LONDON
Robert R. Carr
CLERK U.S. DISTRICT COURT

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**SOUTHERN DIVISION**
**LONDON**

**UNITED STATES OF AMERICA**

**V.**

**INDICTMENT NO.** 6:26-CR-126-REW
**8 U.S.C. § 1326(a)**

**RAQUEL GOMEZ-LOPEZ**

* * * * *

**THE GRAND JURY CHARGES:**

On or about September 7, 2026, in Pulaski County, in the Eastern District of Kentucky,

**RAQUEL GOMEZ-LOPEZ,**

an alien, was found in the United States after having been removed therefrom on or about January 6, 2023, at or near the Brownsville, Texas, Port of Entry and not having obtained the express consent of the Secretary of Homeland Security to reapply for admission to the United States, in violation of 8 U.S.C. § 1326(a).

[redacted]

**JASON D. PARMAN**
**UNITED STATES ATTORNEY**

**KELLY K. RIDINGS**
**ASSISTANT UNITED STATES ATTORNEY**

**PENALTIES**

Imprisonment for not more than 2 years, a fine of not more than $250,000, and supervised release for not more than 1 year.

**PLUS:** Mandatory special assessment of $100.