Eastern District of Kentucky
FILED
SEP 24 2026
AT LONDON
Robert R. Carr
CLERK U.S. DISTRICT COURT

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**SOUTHERN DIVISION**
**LONDON**

**CRIMINAL ACTION NO.** 6:26-cr-126-REW

**UNITED STATES OF AMERICA** **PLAINTIFF**

**V.**

**MOTION OF UNITED STATES FOR ISSUANCE OF ARREST WARRANT**

**RAQUEL GOMEZ-LOPEZ** **DEFENDANT**

* * * * *

The United States moves for the issuance of an arrest warrant for the presence of the Defendant, **RAQUEL GOMEZ-LOPEZ**.

Respectfully submitted,

JASON D. PARMAN
UNITED STATES ATTORNEY

By: *Kelly Ridings*

Kelly K. Ridings
Assistant United States Attorney
601 Meyers Baker Road, Suite 200
London, KY 40741
(606) 330-4822
Kelly.Ridings@usdoj.gov